AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 8:08CR38 |
| Keith Brooks | ) | USM No: 22167-047 |
| | ) | Michael D. Nelson |
| Date of Previous Judgment:   11/17/2008 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   72   months **is reduced to**   60   .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 22 |
| Criminal History Category: | II | Criminal History Category: | III |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 60 to 63 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   11/17/2008   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   01/24/2012 | s/Joseph F. Bataillon |
| | *Judge's signature* |
| Effective Date:   01/26/2012 | Joseph F. Bataillon, U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |